**JUDGE KARAS**

08 CV 01813 (KMK)

ECF CASE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| AQUASMART TECHNOLOGIES, INC.  Plaintiff, | Case No. |
| – v – | Rule 7.1 Statement |
| AQUASMART INC.  Defendant. | |

RECEIVED FEB 22 2008 U.S.D.C. S.D.N.Y. CASHIER

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Aquasmart Technologies, Inc. (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: February 21, 2008

/s/ Daniel R. Murdock
Signature of Attorney

Attorney Bar Code: DM-1498

4940652