UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AQUASMART TECHNOLOGIES, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>AQUASMART, INC.,<br><br>        Defendant. | Case No. 08 Civ. 1813 (KMK)<br>**ECF Case**<br><br>**RULE 7.1 STATEMENT** |

      Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for defendant Aquasmart, Inc. (a nongovernmental corporate party actually named Aquasmart, LLC) certifies that it has no parent corporation nor is there any publicly held corporation that owns 10% or more of defendant's stock.

      Dated: May 6, 2008
             White Plains, New York

                                              DelBello Donnellan Weingarten
                                              Wise & Wiederkehr, LLP

                            By: *Richard Bemporad*
                                              Richard Bemporad (RB 8778)
                                              Matthew S. Clifford (MC 1134)
                                              1 North Lexington Avenue
                                              White Plains, New York 10601
                                              (914) 681-0200

                                              Attorneys for Defendant
                                              Aquasmart, Inc.

1244745