## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                            )ss:
COUNTY OF WESTCHESTER  )

KAITLIN SEKELSKY being sworn says:

I am not a party to the action, am over 18 years of age and reside at White Plains, New York (office).

On May 6, 2008, I served a true copy of the ANSWER AND RULE 7.1 STATEMENT in the following manner:

by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the attorneys for Plaintiff as follows:

TO:   Daniel R. Murdock
      PATTON BOGGS LLP
      Attorneys for Plaintiff
      Aquasmart Technologies, Inc.
      1185 Avenue of the Americas, 30th Floor
      New York, New York 10036
      (646) 557-5100

_____
KAITLIN SEKELSKY

Sworn to before me this
6th day of MAY, 2008

_____
NOTARY PUBLIC

MATTHEW S. CLIFFORD
NOTARY PUBLIC, State of New York
No. 02CL6136826
Qualified in Westchester County
My Commission Expires November 14, 20__

1244239
0137561-001